**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02999-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIAM WILSON,

    Plaintiff,

v.

MITCHELL R. MORRISSEY, In his Official Capacity as District Attorney, Denver County
    Colorado,
PHILLIP GEIGLE, In his Official Capacity as Deputy District Attorney, Denver County,
    Colorado,
JOHN RANEY, In his Official Capacity as Special Agent, HUD-OIG, Denver Office, and
KEVIN HYLAND, In his Official Capacity as Agent, Colorado Bureau of Investigation,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff, William Wilson, currently is held at the Denver County Detention Center in Denver, Colorado. He has submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   _X_   is not on proper form (must use the Court's current form for seeking leave to proceed pursuant to § 1915 in a prisoner complaint)
(8)   __    names in caption do not match names in caption of complaint, petition or habeas application
(9)   _X_   other: Must provide an account statement from the current facility where housed to show no funds in a prisoner account as claimed by Plaintiff

**Complaint, Petition or Application**:
(10)  __    is not submitted
(11)  _X_   is not on proper form (must use the Court's current form)
(12)  __    is missing an original signature by the prisoner
(13)  __    is missing page nos. __
(14)  __    uses et al. instead of listing all parties in caption
(15)  __    Sufficient copies to serve each defendant/respondent have not been received by the Court.
(16)  __    names in caption do not match names in text
(17)  _X_   other: Must provide addresses for named defendants

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED:  November 15, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge