**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02999-BNB

WILLIAM WILSON,

    Plaintiff,

v.

MITCHELL R. MORRISSEY, In his Official Capacity as District Attorney, Denver County
    Colorado,
PHILLIP GEIGLE, In his Official Capacity as Deputy District Attorney, Denver County,
    Colorado,
JOHN RANEY, In his Official Capacity as Special Agent, HUD-OIG, Denver Office, and
KEVIN HYLAND, In his Official Capacity as Agent, Colorado Bureau of Investigation,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On November 30, 2012, Plaintiff submitted a Motion for an Order, ECF No. 10, requesting in part that the Court resend the November 15, 2012 Order to Plaintiff and grant an extension of time to comply with the Order.  The Motion is denied in part as moot per the November 28, 2012 Minute Order.  As for the request that the Court direct the Denver Detention Center to release his legal papers the request is denied as unnecessary at this time.  Plaintiff has been granted an extension of time to comply with the November 15 Order.

Dated:  December 2, 2012