**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02999-BNB

WILLIAM WILSON,

      Plaintiff,

v.

MITCHELL R. MORRISSEY, In his Official Capacity as District Attorney, Denver County
      Colorado,
PHILLIP GEIGLE, In his Official Capacity as Deputy District Attorney, Denver County,
      Colorado,
JOHN RANEY, In his Official Capacity as Special Agent, HUD-OIG, Denver Office, and
KEVIN HYLAND, In his Official Capacity as Agent, Colorado Bureau of Investigation,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On December 10, 2012, Plaintiff filed a Motion for an Order to Compel, ECF No. 15, requesting that the Court direct the Clerk of the Court to remail Court orders to him that are dated November 15 and 28, 2012.  The request is denied as moot.  On December 7, 2012, the Court directed the Clerk of the Court to resend the November 15 and 28 Orders to Plaintiff at the most current address and with his inmate number.

The Clerk of the Court, however, is instructed to send to Plaintiff two copies each of a Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form.  Plaintiff shall have thirty days from the date of this Minute Order to comply with the November 15, 2012 Order.  Failure to comply within the time allowed will result in dismissal of this action.

Dated:  December 11, 2012

---