IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02999-BNB

WILLIAM WILSON,

    Plaintiff,

v.

MITCHELL R. MORRISSEY, In his Official Capacity as District Attorney, Denver County
    Colorado,
PHILLIP GEIGLE, In his Official Capacity as Deputy District Attorney, Denver County,
    Colorado,
JOHN RANEY, In his Official Capacity as Special Agent, HUD-OIG, Denver Office, and
KEVIN HYLAND, In his Official Capacity as Agent, Colorado Bureau of Investigation,

    Defendants.

ORDER

    Plaintiff, William Wilson, a federal prisoner currently held at the Denver Van Cise-Simonet Detention Center in Denver, Colorado, filed a *pro se* Motion for Reconsideration on January 17, 2013, that the Court construes as an Objection pursuant to 28 U.S.C. § 636.  Plaintiff objects to Magistrate Judge Boyd N. Boland's December 19, 2012 Order directing the Denver Detention Center Business Office to disburse a $15.00 initial partial filing fee.  Plaintiff claims that he does not have the funds available to pay the initial fee because he has not had money deposited to his account during 2011 and 2012 and his account remains at a negative balance.

    Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine whether it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

    Plaintiff's initial partial filing fee was calculated based on the account statements

from the prison facilities where he was housed for the past six months. Prior to being transferred to the Denver Detention Center some time in November 2012, Plaintiff was incarcerated at the Federal Correctional Institution in Englewood, Colorado. The account statements from both the federal prison and the detention center are used to calculate the initial partial filing fee that is owed. The Court finds that on June 18, 2012, $300.00 was deposited in Plaintiff's inmate account. *See* ECF No. 3. Plaintiff also received a payroll deposit on four different occasions from July 10, 2012, until October 10, 2012. *Id.* As stated in the December 19, 2012 Order, under 28 U.S.C. § 1915(b) an initial partial filing fee is based on the greater of the average monthly deposits or average monthly balances for the six months preceding the filing of the Complaint. The Detention Center was instructed to disburse twenty percent of the greater of the average monthly balance or the average monthly deposits, which in this case is $15.00.

If the $15.00 is not available in Plaintiff's account the Detention Center is not able to submit the payment. Nonetheless, Plaintiff still owes the filing fee and, when funds are available, the designated prison facility is directed to submit payment to the Court in accordance with 28 U.S.C. § 1915(b). Therefore, Magistrate Judge Boland's order is not clearly erroneous or contrary to law. Accordingly, it is

ORDERED that Plaintiff's construed 28 U.S.C. § 636 Objection, ECF No. 24, filed on January 17, 2013, is overruled.

DATED at Denver, Colorado, this   23rd   day of   January  , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court