IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02999-LTB

WILLIAM WILSON,

    Plaintiff,

v.

MITCHELL R. MORRISSEY, In his Official Capacity as District Attorney, Denver County
    Colorado,
PHILLIP GEIGLE, In his Official Capacity as Deputy District Attorney, Denver County,
    Colorado,
JOHN RANEY, In his Official Capacity as Special Agent, HUD-OIG, Denver Office, and
KEVIN HYLAND, In his Official Capacity as Agent, Colorado Bureau of Investigation,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 4, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 4 day of March, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ M.J. Garcia
                        Deputy Clerk